# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2518
LT Case No. 1999-CF-8997

_____

VICTOR L. LEE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Victor L. Lee, Madison, pro se.

Ashley Moody, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.

December 12, 2023

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____